UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NOEL MORALES, JUAN FRANSISCO VELAZQUEZ GONZALEZ, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) ) | 3:13-CV-0032-G |
| VS. | ) ) | |
| APD BBQ, LLC d/b/a BARBEQUE TAVERN and TIMOTHY PANNELL, | ) ) ) | |
| Defendants. | ) | |

### ORDER

Came on for consideration plaintiffs' motion to enforce settlement agreement (docket entry 22) in the above styled and numbered cause of action. Having considered the motion, the court is of the opinion that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** that defendants deliver the final payment due, consisting of one check in the amount of $723.20, payable to Juan Fransisco Velazquez Gonzalez to the Offices of J.H. Zidell, P.C., 6310 LBJ Freeway, Suite 112,

Dallas, Texas 75240, within five days of entry of this order or have judgment entered against them jointly and severally in the amount of $723.20 together with plaintiffs' attorneys' fees in an amount to be determined by the court upon application for them.

November 7, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**